IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND CALLAHAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-6977 |
| | : | |
| BOROUGH OF BRISTOL, et al. | : | |

## **ORDER**

AND NOW, this 31st day of July, 2012, it is ORDERED Defendants Elifa Soto, William Davis, and the Borough of Bristol's Motion to Dismiss Plaintiff's Amended Complaint (Document 11) is GRANTED.  Plaintiff Raymond Callahan's § 1983 claims for false arrest and false imprisonment are DISMISSED with prejudice as barred by the applicable statute of limitations.  Callahan's remaining state law claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

The Clerk of Court is directed to mark this case CLOSED.


BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.